Circuit Court for Baltimore County
Case No. 03-C-16-010220
Argued: September 12, 2017

IN THE COURT OF APPEALS

OF MARYLAND

Misc. Docket AG No. 38
September Term, 2016

ATTORNEY GRIEVANCE COMMISSION

OF MARYLAND

v.

MAURICE MARNEA MOODY

Barbera, C.J.
Greene
Adkins
McDonald
Watts
Hotten
Getty,

JJ.

PER CURIAM ORDER

Filed: September 12, 2017

ATTORNEY GRIEVANCE        *     **In the**
COMMISSION OF MARYLAND

                                   *     **Court of Appeals**

        v.                  *     **of Maryland**

MAURICE MARNEA MOODY     *     **Misc. Docket AG No. 38**
                                       **September Term, 2016**

### PER CURIAM ORDER

For reasons to be stated in an opinion later to be filed, it is this 12th day of September 2017,

ORDERED, by the Court of Appeals of Maryland, that the Respondent, Maurice Marnea Moody be, and he is hereby, disbarred, effective immediately, from the further practice of law in the State of Maryland; and it is further

ORDERED that the Clerk of this Court shall strike the name of Maurice Marnea Moody from the register of attorneys, and pursuant to Maryland Rule 19-761, shall certify that fact to the Trustees of the Client Protection Fund and the clerks of all judicial tribunals in the State; and it is further

ORDERED that Respondent shall pay all costs as taxed by the Clerk of this Court, including the costs of all transcripts, pursuant to Maryland Rule 19-709, for which sum judgment is entered in favor of the Attorney Grievance Commission of Maryland against Maurice Marnea Moody.

/s/ Mary Ellen Barbera
Chief Judge